OPINION — AG — ** UNDER THE PROVISIONS OF 36 O.S. 391 [36-391] WHICH READS, " PROVIDED THAT THE PROVISIONS OF THIS ACT SHALL NOT APPLY TO GROWING CROPS AND FARM PROPERTY " . . . IS THIS PROVISION APPLIED TO DOMESTIC MUTUAL COMPANIES AS WELL AS FOREIGN COMPANIES. THE OPINION NO. SEPTEMBER 22, 1939 IS STILL APPLICABLE TO A MULTIPLE LINE FOREIGN MUTUAL INSURANCE COMPANY. CITE: 36 O.S. 379 [36-379], 36 O.S. 378 [36-378], 36 O.S. 391 [36-391] (FRED HANSEN)